UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Vrabel Jr.,

    Plaintiff,

v.                                            Case No. 14-12673

Commissioner of Social Security,        Honorable Sean F. Cox
                                                          Magistrate Judge Michael Hluchaniuk

    Defendant.

_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a social security appeal. On July 8, 2014, Plaintiff John Vrabel Jr. filed his Complaint against the Commissioner of Social Security, appealing the Commissioner's denial of his application for disability insurance and supplemental security income benefits. (Doc. #1).

The parties filed cross-motions for summary judgment. (Pl.'s Mo., Doc. #14; Def.'s Mo., Doc. #15). The motions were referred to Magistrate Judge Michael Hluchaniuk for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). (Doc. #4).

On August 17, 2015, Magistrate Judge Hluchaniuk issued a Report and Recommendation ("R&R") wherein he recommended that this Court GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, REVERSE the Commissioner's decision and REMAND the case for further proceedings under sentence four. (R&R, Doc. #16).

Pursuant to Civil Rule 72, a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. Fed. R. Civ. P. 72(b)(2). "The district judge must determine *de novo* any part

1

of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the August 17, 2015 R&R. IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #14) is GRANTED, Defendant's Motion for Summary Judgment (Doc. #15) is DENIED, the Commissioner's decision is REVERSED, and the case is REMANDED for further proceedings.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 8, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager